AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

BRIAN THORNTON, an individual

*Plaintiff(s)*

v.

Civil Action No.

MATT SMART, TOM BECK, JON ZWEMKE, JAMES HIXENBAUGH, and CITY OF REEDSPORT

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Matt Smart
Reedsport Police Department
146 N. 4th Street
Reedsport, OR 97467

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michelle R Burrows
Law Office of Michelle R Burrows
16869 SW 65th Ave # 367
Lake Oswego, OR 97035

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| BRIAN THORNTON, an individual <br><br> *Plaintiff(s)* <br> v. <br> MATT SMART, TOM BECK, JON ZWEMKE, JAMES HIXENBAUGH, and CITY OF REEDSPORT <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Tom Beck
Reedsport Police Department
146 N. 4th Street
Reedsport, OR 97467

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michelle R Burrows
Law Office of Michelle R Burrows
16869 SW 65th Ave # 367
Lake Oswego, OR 97035

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| BRIAN THORNTON, an individual <br><br> *Plaintiff(s)* <br> v. <br> MATT SMART, TOM BECK, JON ZWEMKE, JAMES HIXENBAUGH, and CITY OF REEDSPORT <br><br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jon Zwemke
Reedsport School District
100 Ranch Road
Reedsport, OR 97467

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Michelle R Burrows
Law Office of Michelle R Burrows
16869 SW 65th Ave # 367
Lake Oswego, OR 97035

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| BRIAN THORNTON, an individual<br><br>*Plaintiff(s)*<br>v.<br>MATT SMART, TOM BECK, JON ZWEMKE, JAMES HIXENBAUGH, and CITY OF REEDSPORT<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  James Hixenbaugh
　　　　　　　　　　　　　　　　　　Reedsport Community Charter School
　　　　　　　　　　　　　　　　　　2260 Longwood Drive
　　　　　　　　　　　　　　　　　　Reedsport, OR 97467

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　Michelle R Burrows
　　　　　　　　　　　　　　　　　　　　　　　Law Office of Michelle R Burrows
　　　　　　　　　　　　　　　　　　　　　　　16869 SW 65th Ave # 367
　　　　　　　　　　　　　　　　　　　　　　　Lake Oswego, OR 97035

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| BRIAN THORNTON, an individual <br><br> *Plaintiff(s)* <br> v. <br> MATT SMART, TOM BECK, JON ZWEMKE, JAMES HIXENBAUGH, and CITY OF REEDSPORT <br><br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  City of Reedsport
　　　　　　　　　　　　　　　　　　451 Winchester Ave
　　　　　　　　　　　　　　　　　　Reedsport, OR 97467

　　　A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　Michelle R Burrows
　　　　　　　　　　　　　　　　　　　　　　Law Office of Michelle R Burrows
　　　　　　　　　　　　　　　　　　　　　　16869 SW 65th Ave # 367
　　　　　　　　　　　　　　　　　　　　　　Lake Oswego, OR 97035

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

Date: _____　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*