Michelle R Burrows 86160
LAW OFFICE MICHELLE R. BURROWS P.C.
16869 SW 65th Ave # 367
Lake Oswego, OR 97035
503-241-1955
Michelle.r.burrows@gmail.com
www.oregoncivilrights.com

    Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Eugene Division

| | |
|---|---|
| BRIAN THORNTON,<br><br>    Plaintiff,<br><br>v.<br><br>MATT SMART, TOM BECK, JON ZWEMKE, JAMES HIXENBAUGH, and CITY OF REEDSPORT, a municipal subdivision of the State of Oregon,<br><br>    Defendants. | No. 6:21-cv-01509-AA<br><br>MOTION TO DISMISS WITH PREJUDICE |

    Plaintiff moves the court for dismissal of the above-captioned matter with prejudice. The parties have settled the matter. Each side shall bear their own costs and fees. The Defendants do not object.

    Dated this 25th day of March 2022.

    Respectfully submitted,

/s/ Michelle R. Burrows
Michelle R. Burrows (she/her) OSB86160
Attorney for Plaintiff

1 MOTION TO DISMISS