Andrew D. Campbell, OSB #022647
Email: andrew@heltzel.com
Heltzel Williams PC
PO Box 1048
Salem, OR 97308
Phone: (503) 585-4422
Fax: (503) 370-4302
    Attorney for Defendants Smart, Beck and City of Reedsport

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| BRIAN THORNTON, | ) Case No. 6:21-cv-01509-AA |
|     Plaintiff, | ) **STIPULATED GENERAL** |
| | ) **JUDGMENT OF DISMISSAL** |
| v. | ) |
| MATT SMART, TOM BECK, JON ZWEMKE, JAMES HIXENBAUGH and CITY OF REEDSPORT, | ) |
|     Defendants. | ) |

Plaintiff has moved to dismiss this case. ECF# 14. Now, therefore, upon this stipulation the parties agree to waive statutory costs and prevailing party fees and further stipulate that a General Judgment of Dismissal with Prejudice be entered as to all parties and claims.

////

////

1 — STIPULATED GENERAL JUDGMENT OF DISMISSAL
ADC:mom/W:\CLIENTS\RE19525\001\00828505.DOCX

IT IS SO STIPULATED:

s/ Michelle R. Burrows         Dated this 4th day of May, 2022.
Michelle R. Burrows, OSB #86160
Attorney for Plaintiff

s/ Lucas W. Reese         Dated this 4th day of May, 2022.
Lucas W. Reese, OSB #76129
Attorneys for Defendants Zwemke & Hixenbaugh

s/ Andrew D. Campbell         Dated this 4th day of May, 2022.
Andrew D. Campbell, OSB #22647
Attorney for Defendants

NOW, THEREFORE, IT IS HEREBY ADJUDGED that the above-entitled case be dismissed with prejudice as to all parties and all claims, and no further costs awarded to any party.

DATED: _____

_____
HONORABLE ANN L. AIKEN
U.S. District Court Judge

Submitted By:
Andrew D. Campbell, OSB #022647
Attorney for Defendants

2 – STIPULATED GENERAL JUDGMENT OF DISMISSAL
ADC:mom/W:\CLIENTS\RE19525\001\00828505.DOCX

**HELTZEL WILLIAMS PC**
**P.O. BOX 1048 ■ SALEM, OREGON 97308-1048**
**TELEPHONE (503) 585-4422 ■ FACSIMILE (503) 370-4302**